UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00056-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  NADEZDA NIKITINA,

     Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, April 6, 2011,** and responses to these motions shall be filed by **Monday, April 18, 2011.**  It is

FURTHER ORDERED that a motions hearing and final trial preparation conference will not be set at this time.  The parties shall contact Chambers should a hearing become necessary.  It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, 25, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: February 22nd, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge