UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00056-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  NADEZDA NIKITINA,

 Defendant.

---

## ORDER

---

 The Court has for consideration a Status Report filed by the Defendant as ordered in my June 8, 2011 Order.

 Defendant states that she and the Government are currently engaged in settlement discussions and requests that I order the filing of either a Notice of Disposition or another Status Report.

 It is, therefore, ORDERED,

 Defendant shall file a Notice of Disposition or a new Status Report on or before July 18, 2011.

 Dated this 6th day of July, 2011.

           BY THE COURT:

           s/ Wiley Y. Daniel
           WILEY Y. DANIEL,
           CHIEF UNITED STATES DISTRICT JUDGE