UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00056-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NADEZDA NIKITINA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   A Notice of Disposition was filed in the above matter on July 18, 2011 [ECF No. 28]. A Change of Plea hearing is set for **Tuesday, August 30, 2011, at 3:30 p.m.**

   **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

   Dated:  July 22, 2011