# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00056-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NADEZDA NIKITINA,

    Defendant.

---

## ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on October 23, 2013, it is hereby

ORDERED that Defendant Nadezda Nikitina is sentenced to **TIME SERVED.**

Dated:  October 23, 2013.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE